**No. 09-11253 (09A1199). John Forrest Parker, Petitioner v. Alabama.**

560 U.S. 962, 130 S. Ct. 3408, 177 L. Ed. 2d 321, 2010 U.S. LEXIS 4720.

June 10, 2010. Application for stay of execution of sentence of death, presented to Justice Thomas, and by him referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Alabama denied.

Same case below, 610 So. 2d 1181.

━━━━━━

**No. 09-10070. Felton L. Matthews, Jr., Petitioner v. United States Court of Appeals for the Ninth Circuit.**

560 U.S. 962, 130 S. Ct. 3446, 177 L. Ed. 2d 321, 2010 U.S. LEXIS 4745.

June 14, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8.

━━━━━━

**No. 09-10141. Robert M. Fenlon, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division, et al.**

560 U.S. 962, 130 S. Ct. 3418, 177 L. Ed. 2d 321, 2010 U.S. LEXIS 4759.

June 14, 2010. Motion of petitioner for leave to proceed in forma pauperis denied,

and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8.

Same case below, 350 Fed. Appx. 931.

━━━━━━

**No. 09-10184. Allen Glenn Thomas, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 962, 130 S. Ct. 3420, 177 L. Ed. 2d 321, 2010 U.S. LEXIS 4725.

June 14, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8.

━━━━━━

**No. 09-10217. Ronald Wayne Johnson, Petitioner v. Texas.**

560 U.S. 963, 130 S. Ct. 3422, 177 L. Ed. 2d 321, 2010 U.S. LEXIS 4751.

June 14, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for a writ of certiorari to the Court of Criminal Appeals of Texas dismissed. See Rule 39.8.